ACCEPTED
01-15-00436-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/21/2015 12:23:08 PM
CHRISTOPHER PRINE
CLERK

# DONATO, MINX, BROWN & POOL, P.C.

## ATTORNEYS AT LAW

### 3200 SOUTHWEST FREEWAY, SUITE 2300
### HOUSTON, TEXAS 77027
WWW.DONATOMINXBROWN.COM

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/21/2015 12:23:08 PM
CHRISTOPHER A. PRINE
Clerk

**AARON POOL**
**DIRECT DIAL: (713) 403-8110**
**EMAIL: apool@donatominxbrown.com**

TELEPHONE: (713) 877-1112
FACSIMILE: (713) 877-1138

October 21, 2015

Christopher A. Prine
Clerk of the Court
Court of Appeals First District
301 Fannin Street
Houston, TX 77002-2066

<u>Via Electronic Case Filing</u>

    Re:    Court of Appeals No.: 01-15-00436-CV
             Trial Court Case No.: 14-CV-0490

             The City of Friendswood and Kevin Holland v. Paul and Carolyn Horn, Mike and Lucy Stacy, Pete and Judy Garcia and Janice Frankie

Dear Mr. Prine:

    Pursuant to your correspondence of September 17, 2015, this is to inform the Court that Aaron Pool will present oral argument on October 27, 2015 on behalf of the Appellees in this matter.

                Sincerely,

                DONATO, MINX, BROWN & POOL, P.C.

                */s/ Aaron Pool*

                Aaron Pool

AP/rh



INTERNATIONAL SOCIETY OF PRIMERUS LAW FIRMS

cc:    William S. Helfand                           <u>Via Electronic Mail</u>
        Charles T. Jeremiah
        Chamberlain, Hrdlicka, White, Williams & Aughtry
        1200 Smith St., 14th Floor
        Houston, Texas 77002